No. 23-1447

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

*In re SCOTT ANDREW WITZKE*,

**Petitioner.**

### PETITIONER'S MOTION TO EXPEDITE AND/OR FOR COMPLIANCE WITH 6th CIR. IOP 21(b) & (c)

**NOW COMES** Petitioner, Scott Andrew Witzke, *pro se*, who moves, for the reasons stated below, to expedite this action and/or for compliance by the Court with 6th Cir. IOP 21(b) & (c). In support of the instant motion Petitioner states the following:

1.　On or about **May 18, 2023**, Petitioner commenced the instant original action for a writ of mandamus to the United States District Court for the Eastern District of Michigan—Southern Division—Honorable Mark A. Goldsmith. 28 U.S.C. § 1651(a); *Fed. R. App*. P. 21.

2.　The underlying petition "seeks a writ of mandamus which directs that the district court forthwith exercise its properly invoked jurisdiction by making a ruling on a long-pending motion brought under *Fed. R. Civ. P*. 65 for temporary and/or preliminary injunctive relief aimed at enjoining named defendants below

1

from curtailing Petitioner's communications with detainees at the Oakland County Jail ("OCJ") in Pontiac, Michigan." (Doc. 1-2, Page 6.) The issue has been framed as a First and Fourteenth Amendment violation by disengaging communications and withholding access to communications which were sent to Petitioner in December 2022.

  3. As observed in the underlying petition, this Court has previously observed that:

> [T]he Supreme Court has long held that "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *See Elrod v. Burns*, 427 U.S. 347, 373 (1976); *see also G & V Lounge, Inc. v. Mich. Liquor Control Comm'n*, 23 F.3d 1071, 1079 (6th Cir.1994) ("[V]iolations of [F]irst [A]mendment rights constitute per se irreparable injury."); *Newsom v. Norris*, 888 F.2d 371, 378 (6th Cir.1989) ("[E]ven minimal infringements upon First Amendment values constitutes irreparable injury sufficient to justify injunctive relief.").

*Jones v. Caruso*, 569 F.3d 258, 277 (6th Cir. 2009); *see also* Doc. 1-2, Page 6.

  4. This Court's applicable provisions of IOP 21 provide:

> (b) Status Report from Respondent. When a petition seeks to expedite a district court or tax court case, this court will request a status report from the respondent judge and send a copy of the request to petitioner.
>
> (c) Petition Raising Substantive Issues. When a petition raises substantive legal issues, this court will invite a preliminary response from respondent and send a copy of the request to petitioner.

6th Cir. IOP 21(b) & (c).

2

5. Since the filing date of the instant action of May 18, 2023, the Court has not requested either a "status report" or a "preliminary response" from the district judge.

6. The instant case should be expedited and/or prompt compliance with 6th Cir. IOP 21(b) and (c) should be had due to the allegation of Petitioner that he is continuing to suffer irreparable harm absent issuance of the sought temporary and/or preliminary injunctive relief by the district court.  This harm flows from the disengagement of Petitioner's communications with Oakland County Jail detainees and the withholding of electronic communications which were sent to Petitioner by detainees (and which Petitioner is unable to access due to his "Smart Communications" account having been locked by the defendants below).

## RELIEF REQUESTED

**WHEREFORE**, based upon the foregoing, Petitioner Scott Andrew Witzke, *pro se*, respectfully requests that the Court **GRANT** the instant motion by expediting this action and/or by prompt compliance with 6th Cir. IOP 21(b) & (c).

Respectfully submitted,

Dated this 7th Day of June, 2023,
at Pontiac, Michigan

/s/ Scott Andrew Witzke
SCOTT ANDREW WITZKE
Petitioner, pro se
336 N. Saginaw St.
Pontiac, MI 48342
Telephone: (734) 496-5895
Email: scottawitzke@gmail.com

## CERTIFICATE OF MAILING

The undersigned duly certifies that on this 7th day of June, 2023, he sent a true copy of the foregoing motion via U.S. Mail to the Honorable Mark A. Goldsmith, United States District Court Judge, 231 W. Lafayette Blvd., Detroit, MI 48226.

/s/ Scott Andrew Witzke
SCOTT ANDREW WITZKE
Petitioner, *pro se*

4